No. 465. FEDERAL TRADE COMMISSION *v.* STANDARD OIL CO. The motion for leave to file brief of National Congress of Petroleum Retailers, Inc., and Retail Gaso-

line Dealers Association of Michigan, Inc., as *amici curiae*, is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. *Solicitor General Rankin, Assistant Attorney General Hansen, Earl W. Kintner* and *Robert B. Dawkins* for petitioner. *Weymouth Kirkland, Howard Ellis, Hammond E. Chaffetz, W. H. Van Oosterhout* and *Thomas E. Sunderland* for respondent. *Cyrus Austin* for the National Congress of Petroleum Retailers, Inc., et al.